AO83   (Rev. 08/2010)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                                                         Case. No.  3:25-CR-146 (JAG)
**KIA A. PLAYER**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>**5300**<br>_____<br>DATE & TIME:<br>**November 13, 2025, at 2:00 p.m**. |

Before: The Honorable Judge Mark R. Colombell

To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: *See attached*.
Brief description of offense: *See attached.*

**YOU ARE ALSO SUMMONED TO APPEAR** for a Plea Hearing before the Honorable Senior District Judge John A. Gibney on November 13, 2025, at 2:30 p.m. in Courtroom No. 6000.

**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
**Suite 1150**
**701 East Broad Street**
**Richmond, Virginia 23219**
**(804) 916-2800**

**FILE COPY**                                                                                      10/21/2025
_____                                              _____
Signature of Issuing Officer                                                                    Date

K. Sadowski, Deputy Clerk
_____
Name and Title of Issuing Officer