# Inclement Weather Shelter – Final Report

SHERRILL HAMPTON, DIRECTOR, DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT

JUNE 8, 2023



# Introduction

The following presentation provides an overview of the FY23 IWS locations and services, final data on utilization, and preliminary figures on expenditures. Final expenditures and remaining balances will be updated after June 30, 2023.

# IWS Timeline

**11/13/22**
Temporary Congregate Sites Opened: United Nations and RVA Sisters Keeper

**12/23/22**
Artic Blast Non-Congregate (Hotel) Site Opened: RVA Sisters Keeper

**01/03/23**
Congregate Site Opened: Commonwealth Catholic Charities (CCC)

**02/28/23**
Non-Congregate (Hotel) Site Closed

**04/15/23**
All Congregate Sites Close

# Commonwealth Catholic Charities Congregate Location Profile


- 60 beds for single adults of all identities


- Served dinner and grab-and-go breakfast bags


- Provided targeted assistance and referrals from CCC's Street Outreach Team


- Coordinated with Homeward when clients in the IWS were matched for year-round shelter opportunities


- Hosted community partners to provide additional services – example – VDH's Opioid Repose & Safety Team, SAARA Peer Support Group, haircut night, and sock, shoe and scarves giveaway.





# RVA Sisters Keeper Congregate Location Profile


- 40 beds for single adult females and families with children


- Served dinner and grab-and-go breakfast bags


- Offered daily behavioral health and substance use counseling services in addition to housing-focused case management services


- Showers available (last 3 weeks the showers did not work due to plumbing issues)


- Coordinated with Homeward when clients in the IWS were matched for year-round shelter opportunities


- Assisted clients with paying for security deposits, utility connection and late fees, and rental assistance to regain housing.





# RVA Sisters Keeper Non-Congregate Location Profile


- 24 rooms for families, the elderly and medically-vulnerable populations as well as an onsite office


- Showers available at site


- Served dinner and grab-and-go breakfast bags


- Offered daily behavioral health and substance use counseling services, as well as housing-focused case management services


- Coordinated with Homeward when clients in the IWS were matched for year-round shelter opportunities


- Assisted clients with paying for security deposits, utility connection and late fees, and rental assistance to regain housing





# United Nations Congregate Location Profile


- 60 beds for single adult males


- Showers available at site


- Served dinner and grab-and-go breakfast bags


- Offered targeted assistance and referrals from a housing-focused case manager


- Hosted daily wellness and fellowship meetings, and organized engagement activities for clients such as a Super Bowl Viewing Party


- Distributed wellness packages, clothing and health and resource guides



# Daily Planet Health Services IWS Mobile Medical Services

- Operated between 11/16/22 and 04/12/23

- Had 263 encounters with 139 unique clients over 21 events held at the various IWS locations (visiting each location +/- 14 days)

- Clients received both medical and case management services.



| Ages of Clients | Total # |
|---|---|
| Under 5 | 1 |
| 5-12 | 2 |
| 13-17 | 1 |
| 18-24 | 5 |
| 25-34 | 19 |
| 35-44 | 21 |
| 45-54 | 23 |
| 55-61 | 36 |
| 62 + | 31 |



# Client Numbers

| | Total Beds Filled During IWS Season | Daily Average* | Clients Connected to Housing Opportunities** |
|---|---|---|---|
| CCC | 5,985 | 59 indiv. | 20 indiv. |
| RVA Sisters Keeper | 5,071 | 33 indiv. | 28 families 21 single indiv. |
| United Nations | 7,979 | 52 indiv. | 4 indiv. |

*RVA Sisters Keeper and United Nations operated for 152 days. CCC operated for 101 days.

**Includes connections to year-round emergency shelter or substance use program with housing component, returned to current unit, leased-up into a new unit, or left Richmond for a housing opportunity.



# Client Information: Locality of Last Residence



Localities
- Various Other Localities 12%
- City of Petersburg 2%
- Out of State 5%
- Chesterfield County 5%
- Henrico County 8%
- No Locality Recorded 17%
- City of Richmond 51%

Client Information Comprised from 931 Unique Clients Served in FY23.



# Appropriations for the FY 23 IWS

|  | CCC | Fifth Street Baptist Church | RVA Sisters Keeper | United Nations | DPHS | Totals By Category |
|---|---|---|---|---|---|---|
| **Temporary Site Funding** | | | | | | |
| HCD FY23 Departmental Budget | | | $389,780 | $323,437 | | |
| **Total Temporary Funding** | | | **$389,780** | **$323,437** | | **$713,217*** |
| **Phase 1** | | | | | | |
| CDBG (for renovations) | $121,423 | $221,422 | $71,422 | $71,422 | | $485,689 |
| CDBG-CV (for operations) | $229,698 | | | | | $229,698 |
| ARPA - 1st Tranche (for operations) | $615,000 | | | | | $615,000 |
| **Phase 2** | | | | | | |
| General Funds (for operations) | $313,388 | $650,000 | $837,000 | $1,158,086 | $171,211 | $3,129,685 |
| **Total Appropriation** | **$1,279,509** | **$871,422** | **$908,422** | **$1,229,508** | **$171,211** | **$4,460,072 \*\*** |

*HCD FY23 Departmental Budget did **not** originally include a separate line item or appropriation for the FY23 IWS.

**The Total Appropriation Amount does **not** include the Total Temporary Funding of $731,217.



# CCC Invoices Received As Of 05/31/2023

|  | Appropriated | Invoiced | Unspent Balance* |
|---|---|---|---|
| **Phase 1** | | | |
| CDBG (for renovations) | $121,423 | $2,266 | $119,157 |
| CDBG-CV (for operations) | $229,698 | $213,419 | $16,279 |
| ARPA - 1st Tranche (for operations) | $615,000 | $366,562 | $248,438 |
| **Phase 2** | | | |
| General Funds (for operations) | $313,388 | $0 | $313,388 |
| **Total** | **$1,279,509** | **$582,247** | **$697,262** |

*+/- $1 due to rounding.



# RVA Sisters Keeper Invoices Received As Of 05/31/2023

FUNDS AVAILABLE

| | Available Funds | Invoiced** | Unspent Balance |
|---|---|---|---|
| **Temporary Site Funding** | | | |
| HCD FY23 Departmental Budget | $389,780 | $389,780 | $0.00 |
| **Total** | **$389,780** | **$389,780** | **$0.00** |

APPROPRIATED

| | Appropriated | Invoiced* | Unspent Balance** |
|---|---|---|---|
| **Phase 1** | | | |
| CDBG (for renovations) | $71,422 | $55,952 | $15,470 |
| CDBG-CV (for operations) | | | |
| ARPA - 1st Tranche (for operations) | | | |
| **Phase 2** | | | |
| General Funds (for operations) | $837,000 | $356,489 | $480,511 |
| **Total** | **$908,422** | **$412,441** | **$495,981** |

*Includes invoices for both Congregate and Non-Congregate locations.
**+/- $ 1 due to rounding.



06/08/2023

13

# United Nations Invoices Received As Of 05/31/2023

FUNDS AVAILABLE

| | Available Funds | Invoiced | Unspent Balance |
|---|---|---|---|
| **Temporary Site Funding** | | | |
| HCD FY23 Departmental Budget | $323,437 | $323,437 | $0.00 |
| **Total** | **$323,437** | **$323,437** | **$0.00** |

APPROPRIATED

| | Appropriated | Invoiced | Unspent Balance* |
|---|---|---|---|
| **Phase 1** | | | |
| CDBG (for renovations) | $71,422 | $28,472 | $42,970 |
| CDBG-CV (for operations) | | | |
| ARPA - 1st Tranche (for operations) | | | |
| **Phase 2** | | | |
| General Funds (for operations) | $1,158,086 | $465,002 | $693,084 |
| **Total** | **$1,229,508** | **$493,474** | **$736,034** |

*+/- $ 1 due to rounding.



# Fifth Street Baptist Church Invoices Received As Of 05/31/2023

|  | Appropriated* | Invoiced | Unspent Balance |
|---|---|---|---|
| **Phase 1** |  |  |  |
| CDBG (for renovations) | $221,422 | $0 | $221,422 |
| CDBG-CV (for operations) |  |  |  |
| ARPA - 1st Tranche (for operations) |  |  |  |
| **Phase 2** |  |  |  |
| General Funds (for operations) | $650,000 | $0 | $650,000 |
| **Total** | **$871,422** | **$0** | **$871,422** |

*Fifth Street Baptist Church, on May 17, 2023, formally withdrew as an IWS provider.



# Daily Planet Health Services Invoices Received As Of 05/31/2023

|  | Appropriated | Invoiced | Unspent Balance* |
|---|---:|---:|---:|
| **Phase 2** | | | |
| General Funds (for operations) | $171,211 | $57,059 | $114,152 |
| **Total** | **$171,211** | **$57,059** | **$114,152**** |

*+/- $ 1 due to rounding
** DPHS' IWS contract term is for a 2-year period covering the FY23 and FY24 IWS season.



# Total FY23 Appropriation Balances Available For Use in FY24

|  | Appropriated | Invoiced | Unspent Balance * |
|---|---|---|---|
| **Renovations Only** |  |  |  |
| CDBG (for renovations) | $485,689 | $86,690 | $398,999 |
| **Operations** |  |  |  |
| CDBG-CV | $229,698 | $213,419 | $16,279 |
| ARPA - 1st Tranche | $615,000 | $366,562 | $248,438 |
| General Funds | $3,129,685 | $878,550 | $2,251,135 |
| **Total** | **$4,460,072** | **$1,545,221** | **$2,914,851**** |

*These unspent balances may change based on any outstanding invoices.

**Unspent Balance Total includes $114,152 which is already obligated for FY24 in DPHS' 2-year contract. The anticipated unobligated balance as of 07/01/23 that can be used for FY24 is **$2,800,699**.

# Questions, Answers and Closeout

