| | |
|---|---|
| **From:** | █████████ - CAO |
| **To:** | Kia Player; |
| **Cc:** | █████████ |
| **Subject:** | Thank you! |
| **Date:** | Wednesday, May 3, 2023 1:45:15 PM |

Kia, Gerri, Terri, and Choice,

Sherrill shared with me Sister's Keeper's report on finding housing for the 8 families that remained in your shelter at the end of the winter IWS season. Quite the collaboration between Sister's Keeper and Homeward in helping these families.

Seems you've put in an extraordinary amount of effort to help these families within the last two weeks. I understand you found housing for 4 families and maybe more in the couple days since your report. Your success with those families and commitment to help the others – even under some especially challenging family circumstances – is commendable.

Thank you all for your dedicated service!

████