

# UNITED STATES POSTAL INSPECTION SERVICE
# IS FORM 75 - REPORT OF ACTIVITY

| CASE NUMBER \| PROGRAM | DIVISION | DOMICILE | ACTIVITY DATE | START TIME: | END TIME: |
|---|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | WASHINGTON | RICHMOND VA DOMICILE | 11/03/2025 | 10:27 AM | 11:15 AM |
| SUBMITTING EMPLOYEE \| WRN | ACTIVITY TYPE | | | | |
| ALDalton-7016 | Interview | | | | |
| REPORT TITLE | | | | | |
| Interview with K▮▮▮ H▮▮▮▮▮ at USPIS Richmond, 1801 Brook Road, Suite 200, Richmond, VA 23232 | | | | | |

**DETAILS**

On November 3, 2025, Postal Inspector Blaine and Housing and Urban Development Special Agent Joey Bond interviewed K▮▮▮ H▮▮▮▮▮▮▮ in regards to her RVA Sister's Keeper. H▮▮▮▮▮▮▮ had previously contacted the United States Attorney's Office (USAO) to relay that she had information in regards to the case of Kia Player and RVA Sister's Keeper.

When asked what prompted her to contact the USAO, H▮▮▮▮▮▮ stated she saw two news articles on Kia Player and the RVA Sister's Keeper case on WTVR.com, dated October 24 and 27, 2025. H▮▮▮▮▮▮ stated she knew Kia was a "crook," but did not realize how much money she embezzled.

H▮▮▮▮▮▮ stated she first became aware of RVA Sister's Keeper Homeless Shelter in the Richmond Free Press newspaper in 2022. H▮▮▮▮▮▮ stated the article was a picture of G▮▮▮ F▮▮▮▮, an 80 year old homeless retiree, entering RVA Sister's Keeper on Hull Street, Richmond, VA. H▮▮▮▮▮▮ stated she was in a tough spot financially and staying in a hotel, decided to go there as well even though it was on a bad side of town. H▮▮▮▮▮▮ stated that while she was there, she met F▮▮▮▮, who suffered from narcolepsy. H▮▮▮▮▮▮ stated although in the shelters many people don't give their last names, she also met B▮▮▮▮ S▮▮▮ P▮▮▮ from Haiti.

H▮▮▮▮▮▮ stated she stayed in the shelter for about 5 weeks, beginning around Thanksgiving through Christmas of 2022. H▮▮▮▮▮▮ stated it was always cold in the shelter. H▮▮▮▮▮▮ stated employees at the shelter told them they would get the heat fixed. H▮▮▮▮▮▮ stated someone came in, from a legitimate company, and was walked around by the "so called manager." H▮▮▮▮▮▮ stated the man never came back and never fixed the heat. H▮▮▮▮▮▮ stated it was so cold there all the time, and she felt bad for the babies and the toddlers. H▮▮▮▮▮▮ stated there were two rooms in the shelter, one for women and children, and one for the elderly. H▮▮▮▮▮▮ stated the temperature dropped to 8 degrees and 9 degrees the next day in December of 2022. H▮▮▮▮▮▮ stated they were allowed to stay in the shelter during the day those days, even though there was no heat. H▮▮▮▮▮▮ stated the building was a warehouse and not meant to be lived in as there was no insulation.

H▮▮▮▮▮▮ stated the shelter provided a laundry room and would allow them to wash their laundry, which was nice. H▮▮▮▮▮▮ stated they had blankets and sleeping cots for the residents as well. H▮▮▮▮▮▮ stated that in the beginning some workers would wash the blankets during the day, but it became a burden and they ended up just having a pile of used blankets for people to use.

H▮▮▮▮▮▮ stated the workers at the shelter were not trained, did not study social work, and were often incredibly rude. H▮▮▮▮▮▮ stated she was accosted for having a water bottle beside her bed, and was accused of bringing in vodka. H▮▮▮▮▮▮ stated the same social worker would play music on a boom box at the highest setting to wake people up. H▮▮▮▮▮▮ stated this worker was an awful person.

H▮ stated these people were Kia's [Player's] friends and were all rude. H▮ stated they had security guards there as well, who she saw fall asleep instead of providing security.

H▮ stated that R▮ S▮ form Blessing Warriors RVA Inc. came by and brought hats and coats for the residents of RVA Sister's Keeper.

H▮ stated she mt and spoke with Kia Player. H▮ stated that the residents made complaints to Player about the lack of heat, but nothing ever changed. H▮ stated later, Kia and her partner would walk through the shelter with the security guards, and no one was allowed to talk to them "as if they were royalty."

H▮ stated that on December 24, 2022, they were told a councilwoman from the City of Richmond would be coming on December 25th, and they were instructed they were not to speak to her. H▮ stated this made them feel like prisoners. H▮ stated the councilwoman put her head in the doorway and said, "Merry Christmas, everybody." H▮ stated the councilwoman saw they were all in their coats and jackets, and very cold. H▮ stated the councilwoman was not there long enough to be asked any questions, and was there abut 60 seconds, and could not have left fast enough. H▮ stated the councilwoman did not even give them her name. H▮ stated she wondered if the councilwoman got some kickback for this, as she saw that there was no heat. H▮ stated she was a middle-aged, heavyset black female with a hat on.

H▮ stated she never observed a cleaning crew. H▮ stated there was a heavyset woman who broke the toilet seat, and that RVA Sister's Keeper hired someone to come fix it. H▮ stated a plumber came in twice the five weeks she was there.

H▮ stated it is an unnatural situation staying in a shelter. H▮ stated she knew S▮ P▮ had her wallet stolen, and H▮ took her wallet with her everywhere including the restroom.

H▮ stated one employee told her he got food from wherever he worked.

H▮ stated she left after Christmas with G▮ F▮ to go to Commonwealth Catholic Charities on 1900 Chamberlayne Ave because they had heat. H▮ stated they had food that was catered as well. H▮ stated it was much more professionally run.

H▮ stated she never provided the shelter with her social security number. H▮ stated the residents had to sign in and show their ID every day, but she was not asked for her social security number. H▮ stated there was a social worker there once who had an office, and people were allowed to go talk to her. H▮ stated she does not know what happened with everybody else. H▮ stated she is not in touch with the people she met there, and believes that G▮ F▮ has died. H▮ stated she did not see anything on her Medicare benefits that suggested that she was billed for counseling.

H▮ stated there was a manager there, and two security personnel most of the time. H▮ stated that they made the residents serve the food to each other, until they realized they were being used and not being paid.

When showed a photo of a group of Richmond City Councilwomen in 2024 and identified that it may have been but she was not sure. H▮ stated she lost her glasses and the councilwoman was only there an instant. Inspector Blaine asked H▮ to look on google and see if she recognizes who it may have been when she has her glasses handy.

H▮ stated she is currently living in a temporary situation and gets her mail and Commonwealth Catholic Charities.

The interview concluded at approximately 11:15 AM.

**REFERENCES**

1. K███ J███ H█████████████████████████████████████████████████

END OF REPORT

**IS Form 75**
**Report of Activity**
**Updated 06.02.2023**
**All previous versions of this form are obsolete**

**Law Enforcement Sensitive**

*This report is the property of the U.S. Postal Inspection Service. Possession, dissemination, distribution, or copying of this report or its contents is prohibited without express permission of the U.S. Postal Inspection Service.*



OFFICIAL

RECORD

Page 3 of 3