



Exhibit B_002



Exhibit B_003



Exhibit B_004



Exhibit B_005



Exhibit B_006



Exhibit B_007





Exhibit B_009



Exhibit B_010





Exhibit B_012



Exhibit B_013



Exhibit B_014



Exhibit B_015